RE: Mary Catherine Arroyo  **PRO SE**  Case # 17-23083 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ___ Tax returns·
- ✓ Bank Account Statements ✓ 3 months pre-petition
- _____
- _____
- ___ Check copy _____
- _____
- ___ Explain W/D _____
- ___ FMV(NADA/Carmax), Reg and Payoff: Vehicles
- _____
- ___ FMV and Payoff: Real Estate _____
- _____
- ___ Non homestead Information Sheet
- ___ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- ✓ BDQ & attachments ✓ Profit & Loss ✓ Balance Sheet
- ✓ Bank statements and checks ✓ 3 months _____
- _____
- _____

- ___ ✓ Photo ID(s) ✓ LF 90  ___ LF67  ___ LF10
- ___ Domestic Support Info: name address and phone
- ___ Affidavit of Support
- ✓ Other provisions Income Verification Language
- ___ Plan does not fund (1-36)
- ___ Calculation errors/improper months _____
- ___ Valuation motion has not been filed
- ___ MMM motion not filed
- ✓ Reaffirm, redeem or surrender Sch D & G creditor ABC
- ___ Creditor on plan not listed in Schedules or no filed POC
- ___ Priority debt on Sch E not in plan
- ___ Object or Conform to Proof of Claim
  - ___ Miami-Dade County  ___ Tax Certificate(DE#___)
  - ___ Dept of Revenue  ___ IRS
- Section III. A.- Missing account number _____ -
- ✓ Other: Plan Base under minimum amount of $55
  -Princetonian by the Park HOA twice on plan

- ___ Fee application (see court guideline 6)
- ___ Income understated ____ stubs ____ taxes
- ___ co-debtor ____ stubs ____ taxes
- ___ Spouse's pay advices/spouse's wages not disclosed
- ___ Proof of household size (government ID w/ address) and income of all adults
- ___ Best effort < 36 months < 60 months
- ___ Expenses objectionable: Sch J ☐ Provide Proof
- _____
- ___ D/I > 100%  < 90%  Feasibility
- ___ Info on transfer SOFA ____ undisclosed
  - ___ Tolling Agreement(s)

- ___ **Objection to Exemption (specifics to be filed)**
  To be heard with confirmation at 1:30 pm
- ☒ Ch 7 s/b _140_ plus tax refund / valuations
- ___ Good faith to unsecured
- ___ Expenses: documentation/calculation: CMI line
- _____
- _____
- ___ CMI/DI ____ x 60 = ____
- ☐ Plus income/expenses issues ☐ Trustee est. $____
- ___ Undervalued collateral should be crammed down

Other: _____
_____
_____

Trustee reserves the right to raise additional objections until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.*

**Deficiencies must be cured by 5 pm on_____JAN 19 2018_____to avoid dismissal**
**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027