## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Mary Catherine Arroyo                     Case No. 17-23083-LMI
                                                   Chapter 13

_____Debtor_____/

## NOTICE OF FILING

Debtor, Mary Catherine Arroyo, gives notice of filing the enclosed Parties' Agreement regarding Proof of Claim #2, attached as Exhibit 1.

>                                    Respectfully submitted,
>                                    LEGAL SERVICES OF GREATER MIAMI, INC.
>                                    Attorneys for Debtor
>                                    4343 W. Flagler Street, Suite 100
>                                    Miami, Florida 33134
>                                    Telephone/Facsimile: (305) 438-2401
>                                    Email: jledon@legalservicesmiami.org
>
>                                    _____/s/_____
>                                    Jacqueline C. Ledón, Esq.
>                                    Florida Bar No.: 0022719

1

**EXHIBIT 1**

## Jacqueline Ledon

| | |
|---|---|
| **From:** | Fred Rudzik |
| **Sent:** | Monday, February 05, 2018 1:47 PM |
| **To:** | Jacqueline Ledon |
| **Subject:** | RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr |

No. That will be fine.

**From:** Jacqueline Ledon [mailto:jledon@legalservicesmiami.org]
**Sent:** Monday, February 05, 2018 1:40 PM
**To:** Fred Rudzik <Fred.Rudzik@floridarevenue.com>
**Subject:** RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

Great, thanks. The trustee has asked that I do a notice of filing of this e-mail memorializing the agreement. Do you have any objection?

**From:** Fred Rudzik [mailto:Fred.Rudzik@floridarevenue.com]
**Sent:** Monday, February 05, 2018 1:06 PM
**To:** Jacqueline Ledon
**Subject:** RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

I can agree to a $25./month payment

**From:** Jacqueline Ledon [mailto:jledon@legalservicesmiami.org]
**Sent:** Monday, February 05, 2018 1:04 PM
**To:** Fred Rudzik <Fred.Rudzik@floridarevenue.com>
**Subject:** RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

Given her limited, fixed income, even a $55/month increase is a significant burden for her. She filed the bankruptcy to stop a condominium foreclosure because she was unable to keep up with the modest monthly maintenance fees of $40/month. Would the department accept a good faith payment of $25/month during the pendency of the plan? Any remaining balance would be treated outside the plan after the bankruptcy concludes.

**From:** Fred Rudzik [mailto:Fred.Rudzik@floridarevenue.com]
**Sent:** Monday, February 05, 2018 12:39 PM
**To:** Jacqueline Ledon
**Subject:** RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

Dear Ms. Ledon:

    A sixty month plan to pay 100% of all claims filed to date would only require payment of approximately $55.00 per month. I don't know how beneficial a reduction of payment of a nondischargeable tax claim would be to your client.
    I am willing to consider any proposal you wish to make but again I don't know how it helps Ms. Arroyo.

Thank you.
FRED
Frederick F. Rudzik
Chief Assistant General Counsel

1

Florida Department of Revenue
Office of the General Counsel
Bankruptcy Unit
[unsecure]

**From:** Jacqueline Ledon [mailto:jledon@legalservicesmiami.org]
**Sent:** Monday, February 05, 2018 12:22 PM
**To:** Fred Rudzik <Fred.Rudzik@floridarevenue.com>
**Subject:** RE: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

Just following up, thanks.

**From:** Jacqueline Ledon [mailto:jledon@legalservicesmiami.org]
**Sent:** Friday, February 02, 2018 1:37 PM
**To:** 'Fred.Rudzik@floridarevenue.com'
**Subject:** FW: Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

Good afternoon Mr. Rudzik,
The debtor, Ms. Arroyo, has extremely limited finances and is represented on a pro bono basis by Legal Services of Greater Miami, Inc. She is disabled herself and cares for her disabled daughter. The Department's proof of claim is for sales taxes from 2005 – 2007. Would the Department accept any reduced amount from this low-income debtor to satisfy the claim?
Thanks,
Jackie

Jacqueline C. Ledón, Esquire

**LEGAL SERVICES**
OF GREATER MIAMI INC
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Phone/Fax: (305) 438-2401 (direct)
www.legalservicesmiami.org

**From:** FLSB_ECF_Notification@flsb.uscourts.gov [mailto:FLSB_ECF_Notification@flsb.uscourts.gov]
**Sent:** Tuesday, January 23, 2018 7:39 AM
**To:** Courtmail@flsb.uscourts.gov
**Subject:** Proof of ClaimCh-13 17-23083-LMI Mary Catherine Arr

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Florida**

Notice of Electronic Claims Filing

2