```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                     Case No. 17-23083-LMI
Mary Catherine Arroyo                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: cohend              Page 1 of 1        Date Rcvd: Feb 05, 2018
                              Form ID: CGFI1            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db              +Mary Catherine Arroyo,    25041 SW 127th Place,    Homestead, FL 33032-9009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
              Jacqueline C Ledon    on behalf of Debtor Mary Catherine Arroyo jledon@legalservicesmiami.org,
               crodriguez@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Nancy K. Neidich     e2c8f01@ch13miami.com, ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Scott C Lewis    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkfl@albertellilaw.com
                                                                                             TOTAL: 4

CGFI1 (10/01/16)



ORDERED in the Southern District of Florida on February 5, 2018

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

**United States Bankruptcy Court**
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 17–23083–LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Mary Catherine Arroyo
aka Mary Tolbert
25041 SW 127th Place
Homestead, FL 33032
SSN: xxx–xx–1349

# ORDER STRIKING DOCUMENT

The following document was filed on 2/2/18:

Title of Stricken Document:  **Amended Schedules Filed: [Schedule D,]**

The document was not signed as required by Bankruptcy Rule 1008 or 9011, or was not accompanied by Official Form Declaration Concerning Debtors Schedules as required by Local Rule 1009–1(D)(1)

The document does not include LF–04 as required by Local Rule 1009–1(D)(1)

It is **ORDERED** that this document is stricken. Any fees accompanying the document shall not be refunded. A stricken document resubmitted in compliance with the rules shall be considered as filed on the date it is resubmitted for filing, not the date the noncomplying document was initially filed, and must be served in accordance with court rules. If required, an additional fee must also be remitted. If the document stricken was a notice or motion served pursuant to Local Rules 3007–1(C), 4001–1(C), 6004–1(D), 6007–1(B) or 9013–1(D), the proponent is denied any relief which would have been afforded under the "negative notice" provisions contained in these rules and the party filer shall not submit any requests for orders to take any action based upon the filing of this stricken document.

The clerk of court shall serve a copy of this order on the party filing this document and on all parties on the service list of the document being stricken.

# # #