

**ORDERED in the Southern District of Florida on February 14, 2018.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**CASE NO.: 17-23083-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

MARY CATHERINE ARROYO

DEBTOR_____/

**ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE**

   **THIS CASE** came to be heard on February 6, 2018 upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

   **ORDERED as follows**:

1. The Confirmation Hearing is continued to **March 6, 2018** at **1:35 pm** in **Courtroom 8** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, MIAMI, FL 33128**.

ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE
CASE NO.:  17-23083-BKC-LMI

2. The Debtor is ordered to continue making payments each month to the Chapter 13 Trustee in accordance with the last filed Chapter 13 Plan.  Failure to continue payments may result in the dismissal of this case.

3. As a condition for the continued confirmation hearing and delay of payments to creditors, all payments held by the Chapter 13 Trustee shall be non-refundable and held in trust for the secured creditors as adequate protection, and in trust for priority and administrative creditors.

4. If this case is dismissed or converted, the Trustee shall disburse all funds which were received prior to the order of conversion or dismissal and held in trust.  The disbursement shall be on a pro rata basis, less Trustee fees, to the secured, priority or administrative creditors pursuant to the proposed Chapter 13 Plan which was filed at least one day prior to last confirmation hearing date.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
MARY CATHERINE ARROYO
25041 SW 127TH PLACE
HOMESTEAD, FL  33032

**ATTORNEY FOR DEBTOR**
JACQUELINE LEDON, ESQUIRE
LEGAL SVCS OF GREATER MIAMI
4343 WEST FLAGLER STREET
SUITE 100
MIAMI, FL  33134